**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 29 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-10016 |
| Plaintiff-Appellee, | D.C. No. 3:19-cr-08011-SPL-1 |
| v. | |
| ABDUL SABOOR, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Steven P. Logan, District Judge, Presiding

Submitted October 26, 2020[**]

Before:    McKEOWN, RAWLINSON, and FRIEDLAND, Circuit Judges.

Abdul Saboor appeals from the district court's judgment and challenges his guilty-plea conviction and 37-month sentence for conspiracy, in violation of 18 U.S.C. § 371. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Saboor's counsel has filed a brief stating that there are no grounds for relief, along with a

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

motion to withdraw as counsel of record.  We have provided Saboor the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Saboor waived his right to appeal his conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**